FORM FOR USE IN APPLICATIONS

FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

RECEIVED
2006 JUN 26 A 10: 39

Name: **Basil Caddle**

Prison Number: **R's # 181545**

Place of Confinement: **Easterling Correctional Center, 200 Wallace Dr. Clio, Alabama 36017**

United States District Court **Middle** District of **Alabama**

Case No. _____
(To be supplied by Clerk of U. S. District Court)

**Basil Caddle**, PETITIONER
(Full name) (Include name under which you were convicted)

**Ms Gwendolyn Mosley 200 Wallace Dr, Clio, AL 36017**, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF **Troy King**

_____, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgment which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

. (1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8-1/2 x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, <u>the original and two copies</u>* must be mailed to the Clerk of the United States District Court whose address is
P. O. Box 711, Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

*If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack _Huston County Circuit Court_

2. Date of judgment of conviction _4-11-99 - 3-13-95_

3. Length of sentence _99 Yrs_          Sentencing Judge _Hon: Judge Lawson Little_

4. Nature of offense or offenses for which you were convicted: _Rape I_

5. What was your plea? (check one)
(a) Not guilty (X)
(b) Guilty ( )
(c) Nolo contendere ( )
If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial: (Check one)
   (a) Jury (X)
   (b) Judge only ( )

7. Did you testify at the trial? Yes (X)   No ( )

8. Did you appeal from the judgment of conviction? Yes (X)  No ( )

9. If you did appeal, answer the following:
   (a) Name of court  Houston County Circuit Court
   (b) Result  DENIED
   (c) Date of result  10-12-04
   If you filed a second appeal or filed a petition for certiorari in the Supreme Court, give details:  CERtiORARi To SUPREME Court 2/15/2005 SAME Grounds AS Rule 32 APPLIED

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes (X)  No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court  CRiminAL Courts OF APPEAL
       (2) Nature of proceeding  CRiminAL
       (3) Grounds raised  Motion To PROVE VENUE, Motion To Dismiss THE Indictment, Ineffective Assitance Counsel, Insufficentsy OF THE EVidence.

       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No (X)
       (5) Result  DENIED AFFIRMED my MEMORANdum
       (6) Date of result  DEL,95
    (b) As to any second petition, application or motion give the same information:
       (1) Name of court  RulE 32.2
       (2) Nature of proceeding  CRiminAL
       (3) Grounds raised  Motion To PROVE VENUE, Motion To dismiss THE INdictment, Ineffective Assistance of Counsel AND Insufficient OF THE Evidence AND EXCulpAtORY Evidence.

       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No (X)
       (5) Result  DENIED
       (6) Date of result  10-28-97

    (c) As to any third petition, application or motion, give the same information:
       (1) Name of court _____
       (2) Nature of proceeding _____
       (3) Grounds raised _____

          **ALL STATE REMIDIES HAS BEEN EXHAUSTED SOME TWICE.**

       (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ( )
       (5) Result _____
       (6) Date of result _____
    (d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
       (1) First petition, etc.        Yes (X) No ( )
       (2) Second petition, etc.     Yes (X) No ( )
       (3) Third petition, etc.      Yes (X) No ( )
    (e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: **I HAVE BEEN BACKWARD AND FORWARD FILEING UNDER NEWLY DISCOVERED EVIDENCE NO RELIEF IN STATE COURTS SINCE CONVICTION 3-13-95**

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: [PROOF OF VENUE OF THE COURT]

Supporting FACTS (tell your story briefly without citing cases or law): THE COURT IN QUESTION [Houston County Circuit Court] DID NOT HAVE VENUE OVER THIS CASE IN QUESTION UNDER ALABAMA CODE 1975 15-2-2 VENUE IS THIS COURT WOULD HAVE TO HAVE JURISDICTION TO IMPOSE JUDGEMENT AND SENTENCE NO LOGICAL EVIDENCE TO SUPPORT THE CHARGE WHICH I WAS CONVICTED OF.

B. Ground two: [DISMISSAL OF THE INDICTMENT]

Supporting FACTS (tell your story briefly without citing cases or law): THE INDICTMENT WAS DUE TO BE DISMISSED BECAUSE OF THE STATUE PROCEEDING AS IT WAS, WAS NOT CORRECT. THE WHOLE INDICTMENT PROCEDURE NEVER FOLLOW OR ALLOWED THE RULES OF THE COURT TO APPLY TO DEFENDANT, LIKE OF EVIDENCE, NO DNA PROCEEDING TO ANOINT THE INDICTMENT OF 1ST DEGREE RAPE.

C. Ground three: INEFFECTIVE ASSISTANCE OF COUNSEL

Supporting FACTS (tell your story briefly without citing cases or law): MY ATTORNEY DURING THIS WHOLE PROCEEDING NEVER ONCE ASKED FOR OR APPLIED FOR A LESSER CHARGE ON THIS CASE, NOR DID HE PUSH THE ISSUE OF MEDICAL REPORT AND FORENSIC REPORT. HE FAIL TO OBJECT TO ERRONOUS JURY CHARGE. UNDER THE Constitution OF THE UNITED STATES WE HAVE THE RIGHT TO A COMPATANT LAWYER, AND AS SEVERE AS MY CASE WAS, I NEEDED THREE BUT THE ONE I HAD DID NOT DO HIS JOB. HE DID NOT APPLY HIMSELF COMPLETELY TO MY CASE, AND SURE DIDN'T MEET THE STANDARDS OF A ATTORNEY.

D. Ground four: INSUFFICENCY OF EVIDENCE AND EXCULPTORY EVIDENCE.

Supporting FACTS (tell your story briefly without citing cases of law): DURING THE WHOLE TRIAL IT WAS NOT COMPLETLY AND FALSE STATEMENTS MADE THE EVIDENCE NONE TRUTH, NO FORENSIC REPORTS NO DNA REPORT NO HOSPITAL REPORT, ALL THREE ARE 1 BY ITSELF COULD HAVE PROVEN THEN DEFENDANT NOT guilty, I HAVE THE REPORT NOW. DOCTOR SAYS NO PENATRATION HYMEN IN CONTACT. THE ASSISTANCE FOR DEFENDANT HAS ESTABLISHED THE REQUIREMENT STANDARD OF FUNDAMENTAL MISCARRIAGE OF JUSTICE.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: I NEED ALL RECORDS FROM Huston Houston COUNTY ESPECIALLY THE DNA, AND DOCTORS REPORT, AND FORENSIC REPORT it was LEFT out of MY TRANSCRIPTE

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack? Yes ( ) No (X)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing EUGENE SPENCER    DOTHAN, AL
(b) At arraignment and plea EUGENE SPENCER    DOTHAN, AL

(c) At trial **EUGENE SPENCER, Dothan, AL**

(d) At sentencing **EUGENE SPENCER   P.O. BOX 536, Dothan AL 36302**

(e) On appeal **EUGENE SPENCER, CHARLES BECKER**

(f) In any post-conviction proceeding **CHARLES BECKER, EUGENE SPENCER**

(g) On appeal from any adverse ruling in a post-conviction proceeding:
**(CHARLES BECKER), EUGENE SPENCER (P.O. BOX 5541, Dothan, ALABAMA) 36302)**

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( )  No (X)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )  No (X)
   (a) If so, give name and location of court which imposed sentence to be served in the future: _____
   (b) And give date and length of sentence to be served in the future: _____
   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   Yes ( )  No ( )

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

PRO SE x **Basil Caddle**
Signature of Attorney (if any)

I declare ( or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on **6-22-06**
(date)

x **Basil Caddle**
Signature of Petitioner