IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

RECEIVED
2006 JUN 26 A 10: 39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

BASIL CADDLE A.S 181545
Plaintiff(s)

vs.

STATE OF ALABAMA
Defendant(s)

I, Basil Caddle, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   YES ( )   NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   HAVE BEEN INCARSARATED SINCE 1995

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?  YES ( )  NO (X)

   B. Rent payments, interest or dividends?  YES ( )  NO (X)

   C. Pensions, annuities or life insurance payments?  YES ( )  NO (X)

   D. Gifts or inheritances?  YES ( )  NO (X)

   E. Any other sources?  YES ( )  NO (X)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
   ( SEE ATTACHMENT )

3.  Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.]   YES ( )   NO (X)

    If the answer is YES, state the total value of the items owned.
    _____
    _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( )   NO (X)

    If the answer is YES, describe the property and state its approximate value.
    _____
    _____

5.  List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _____
    _____
    _____N/A_____
    _____

                               x *Basil Caddle*
                                Signature of Affiant

STATE OF ALABAMA    )
COUNTY OF _____)

   Before me, a notary public in and for said County, in said State, personally appeared x *Basil Caddle*, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

   That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                               x *Basil Caddle*
                                Signature of Affiant

Sworn to and subscribed before me this 22 day of June, 2006

                               *[signature]*
                                Notary Public

                               *[signature]* County, Alabama

                                O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6-22-06  .
             (date)

_Basil Caddle_
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 9.16 on account to his credit at the  Easterling  institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_See attached_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ _See attached_ on the 1st day of _See attached_
2. $                   on the 1st day of
3. $                   on the 1st day of
4. $                   on the 1st day of
5. $                   on the 1st day of
6. $                   on the 1st day of

_See attached_

_Yolanda Bowen ASAI_
Authorized Officer of Institution

DATE _June 12, 2006_

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                  EASTERLING CORR FACILITY


AIS #: 181545      NAME: CADDLE, BASIL EVAN **           AS OF: 06/13/2006

                   # OF       AVG DAILY        MONTHLY
         MONTH     DAYS       BALANCE          DEPOSITS
         ------------------------------------------------------

         JUN       17         $0.03            $0.00
         JUL       31         $21.63           $80.00
         AUG       31         $7.34            $50.00
         SEP       30         $4.60            $0.00
         OCT       31         $8.90            $50.00
         NOV       30         $2.42            $50.00
         DEC       31         $2.28            $0.00
         JAN       31         $4.08            $40.00
         FEB       28         $9.02            $40.00
         MAR       31         $3.48            $50.00
         APR       30         $9.55            $50.00
         MAY       31         $1.47            $0.00
         JUN       13         $9.92            $50.00
```