IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

BASIL CADDLE, #181 545           *

    Petitioner,           *

    v.           *     1:06-CV-565-WKW

GWENDOLYN MOSLEY, WARDEN, *et al.*,  *

    Respondent.           *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

DONE, this 29th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE