Exhibit #(1)

Southeast Alabama Medical Center
P.O. Drawer 6987, Dothan, Alabama 36302
Telephone: (205) 793-8911

56

EMERGENCY DEPARTMENT VISIT:

DATE/TIME TRANSCRIBED. March 11, 1994 (1:15pm)
PATIENT NAME.......... Rogers, Krystal
MEDICAL RECORD NUMBER. NA
HOSPITAL NUMBER....... 8001385
EMERG DEPT PHYSICIAN.. Dr. Williams
DATE EXAM............. 3/9/94

REPORT:
10 y/o BF brought to the ED for eval of possible sexual assault. States she was asleep on her stomach tonight when step-father woke her up and she states penetrated vaginally and rectally. I don't think she really understands what ejaculation is. States it is not the first time. Denies any pain or inj or other prob at this point. Mother states only past hx is a rash of hyperpigmentation which has been present for along time.
MEDS: none
PMH: None. Has seen, apparently, Dr. Driggers in the past. Immunizations per Mom are current.
VS: T-98.2, BP 100/60, P-88, R-18. Pleasant female not appearing in any notable distress.
HEENT: AT calvarium. Note pt denies any oral contact. Oropharynx completely remark.
NECK: Supple.
Lungs; Clear
ART: No murmur
BD: Soft, NT. There are little scattered areas of hyperpigmentation seen on the skin.
PELVIC: First inspection of the perineum the only finding I note is an area of faint redness at the base of the L hymen. Hymen itself has about 1 cm central perforation with no evid of any erythema, contusion, bleeding or acute mucous membrane interruption. It is intact to the point where small metal speculum does not pass. Pelvic exam is done c extreme diff. Anytime I touch the area of the hymen pt withdraws and tenses. Swab was taken for gonorrhea and chlamydia. I see no evid of bleeding, other trauma, FB or d/c. Exam externally of the perirectal area again demonstrates no redness, lacerations or other evid of inj.
Options have been discussed with Mom. She will be referred back to Dr. Driggers office for follow-up on culture results and I understand currently that she wishes to consider whether or not to persue HIV testing. I will defer any antibiotic coverage until these tests are available and child has not yet begun menstruation so I do not feel pregnancy test is indicated.

Further notation on ED/OP DEPT FORM.

David Williams, MD, FACEP

DW/kw