IN THE District Court OF THE United States
FOR THE Middle District OF ALABAMA

[Southern Division]

RECEIVED
2006 JUL 18 A 9:45
[CLERK]
U.S. DISTRICT COURT
[MIDDLE DIST.] ALA

BASIL EVAN CADDLE #181545    [
    [Petitioner]             [
                             [
V.                           [     CASE # CV-565-WKW
                             [
GWENDOLYN MOSLEY et.al       [
    [Respondants]            [
                             [
                             [

Motion To Appeal To
Higher Judge

Comes Now Petitioner [APPEALS] THE Decision, on motion to Continue §2254 Habeas Petition FILED on July 10, 2006. Petitioner Respectfully Request It To go To Higher Judge For A Decision or Direction on What To Do In Regards OF This Problem. We are Not Lawyers, We The Petitioner Does Not Have Complete Excess To Law Books. ALL State Remidies Have Been Denied without A Opp-inion. Petitioner FILES This [Motion] In Regards OF Rule 4(a)(4) OF THE FEDERAL Rules Criminal Procedure.

Done This 15th Day, Month July , Year 2006.

Petitioner: Basil Caddle ;