IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BASIL CADDLE, # 181545, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-565-WKW |
| | ) (WO) |
| GWENDOLYN MOSLEY, WARDEN, et al. | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

On June 29, 2006, the Magistrate Judge filed a Recommendation (Doc. # 4) that the Petition for Writ of Habeas Corpus (Doc. # 1), which was filed on June 26, 2006, is due to be denied and this case dismissed as this Court does not have jurisdiction to review a second or successive petition without the Eleventh Circuit Court of Appeals' authorization. This is Petitioner's second attempt at challenging the merits of his 1995 state court conviction.

On July 10, 2006, Petitioner filed a motion to continue his petition (Doc. # 5), which was denied by the Magistrate Judge on the basis that the Court does not have jurisdiction to consider the petition. On July 18, 2006, Petitioner filed a Motion to Appeal to Higher Judge (Doc. # 7). The Court deems this motion as a timely-filed Objection to the Recommendation.

The Court appreciates the petitioner's situation in that inmates "are not lawyers" and do "not have complete [access] to law books." (Doc. # 7) Nevertheless, the law is clear: before the petitioner files another petition in the district court, he must make a motion to the Eleventh Circuit Court of Appeals for an order authorizing the district court to consider the petition. *See* 28 U.S.C. § 2244(b)(3). The Court of Appeals may authorize the filing of a successive petition in the district court ***only if*** the petition clearly shows on its face that the petition satisfies all of the other

requirements of 28 U.S.C. § 2244. Until the petitioner receives authorization by the Court of Appeals, any petitions that he files in this Court will necessarily be dismissed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Objection is OVERRULED and the Motion (Doc. # 7) is DENIED.

2. The Recommendation (Doc. # 4) of the Magistrate Judge is ADOPTED.

3. The Petition for Writ of Habeas Corpus (Doc. # 1) is DENIED.

4. This action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 19th day of July, 2006.

                /s/ W. Keith Watkins
                UNITED STATES DISTRICT JUDGE