IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BASIL CADDLE, # 181545, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-565-WKW |
| ) | (WO) |
| GWENDOLYN MOSLEY, WARDEN, et al. ) | |
| ) | |
| Respondent. ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 19th day of July, 2006.

                                                 /s/  W.  Keith Watkins  
                                          UNITED STATES DISTRICT JUDGE