In The United States District Court
For The Middle District Of Alabama
[Southern Division]

2006 JUL 26 A 9:47

Basil Caddle #181545
[Petitioner]

vs.

Gwendolyn Mosley et.al.
[Respondants]

1:06cv565-WKW
~~Case # CU-565-WKW(WO)~~

## Motion For Appeal To 11th Circuit Court

Comes Now Basil Caddle #181545 files this notice of appeal to the Honorable [11th Circuit Court of Appeals] under the guide lines of "[Federal Rules of Appealant Procedure, Rule 4(c)]" which Petitioner is in timely compliance with U.S.C. § 1746. The Federal District Court made Final Judgement on this case the 19th day, July, 2006 Petitioner wishes to appeal to the 11th Circuit Court the following case (CV-565-WKW(WO)). From The United States District Court Middle District of Alabama, Southern Division. Petitioner has been granted Forma Paupias status by this Honorable Court.

## Notary Statement

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed 7-24-2006    Petitioner *Basil Evans Caddle*

Sworn to me and subscribed before me this 24th day, month of July year 2006.

*Donald Simmons*
[Notary Public]

DONALD SIMMONS
Notary Public, AL State at Large
My Comm. Expires Aug. 3, 2009

[My Comm Expires]

*Basil Evans Caddle*
[Petitioner]