IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BASIL CADDLE, #181545, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-565-WKW |
| | ) | |
| GWENDOLYN MOSLEY, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

It is hereby ORDERED that the Order of the Court entered on August 18, 2006 (Doc. # 13) is VACATED.

DONE this 25th day of August, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE