IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-14210-I

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 2 3 2006
THOMAS K. KAHN
CLERK

BASIL EVAN CADDLE,

                                               Petitioner-Appellant,

versus

GWENDOLYN MOSLEY, Warden,
TROY KING, Attorney General of the State of Alabama,

                                               Respondents-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

To merit a certificate of appealability, appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000). Because the district court lacked jurisdiction to consider his successive § 2254 motion to vacate without prior authorization from this Court, appellant has failed to satisfy the second prong of Slack's test. The motion for a certificate of appealability is DENIED.

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.

/s/ Ed Carnes
UNITED STATES CIRCUIT JUDGE