IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BASIL CADDLE, # 181 545, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cv-565-WKW |
| | ) | (WO) |
| GWENDOLYN MOSLEY, WARDEN, et al., | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

Upon consideration of the petitioner's Motion for Writ of Mandamus (Doc. # 17), it is ORDERED that the motion is DENIED.

DONE this 27th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE