IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BASIL CADDLE, # 181 545, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>GWENDOLYN MOSLEY, WARDEN, et al., )<br>)<br>Respondent. ) | CASE NO. 1:06-cv-565-WKW<br>(WO) |

## **ORDER**

Upon consideration of the petitioner's Motion for Writ of Mandamus (Doc. # 17), it is ORDERED that the motion is DENIED.

DONE this 27th day of April, 2007.

                                          /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE